# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146564

JAMES GARLAND,
          Plaintiff-Appellee,

v

HARTMAN & TYNER, INC., and KNOB IN
THE WOODS, INC., d/b/a KNOB IN THE
WOODS APARTMENTS,
          Defendants-Appellants.

SC: 146564
COA: 313120
Oakland CC: 2011-122682-NO

_____/

      On order of the Court, the application for leave to appeal the December 10, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2013

_____
Clerk

t0402